1  SCHLICHTER & SHONACK, LLP
   KURT A. SCHLICHTER (CA SBN 172385)
2  STEVEN C. SHONACK (CA SBN 173395)
   JAMIE L. KEETON (CA SBN 265267)
3  2381 Rosecrans Avenue, Suite 326
   El Segundo, CA 90245
4  Telephone: (310) 643-0111
   Fax: (310) 643-1638
5  kas@sandsattorneys.com
   scs@sandsattorneys.com
6  jlk@sandsattorneys.com

7  Attorneys for Plaintiff STEVEN HARVEY
8
9
10              UNITED STATES DISTRICT COURT
11
                CENTRAL DISTRICT OF CALIFORNIA
12
13

14 | STEVEN HARVEY, an individual;        ) USDC No. 2:15-cv-01479
                                          )
15 |                                      ) **COMPLAINT FOR DAMAGES**
           Plaintiff,                     ) **UNDER THE FEDERAL TORT**
16 |                                      ) **CLAIMS ACT [28 U.S.C. § 2671,**
                                          ) ***et seq.* and 28 U.S.C. § 1346(b)]**
17 |                                      ) **FOR NEGLIGENCE (MEDICAL**
           v.                             ) **MALPRACTICE)**
18 |                                      )
19 |                                      )
                                          )
20 | UNITED STATES OF AMERICA,             )
                                          )
21 |                                      )
           Defendant.                     )
22 |                                      )
                                          )
23 |                                      )
                                          )
24 |                                      )

25
26
27
28
                            1
              **COMPLAINT FOR DAMAGES**

Allegations by plaintiff STEVEN HARVEY:

## PARTIES

1. Plaintiff STEVEN HARVEY resides in the County of Los Angeles, which is within the jurisdiction of this Central District of California court.

2. Defendant is the United States of America, which is sued herein for medical negligence performed by doctors and medical staff of the Department of Veterans Affairs, West Los Angeles (California) Medical Center in connection with treatment received on or about August 27, 2012.

3. This action arises under the Federal Tort Claims Act, 28 U.S.C. §§ 1346 (b) and 2671, *et seq.*, as hereinafter more fully appears.

4. Pursuant to 28 U.S.C. § 1402(b), venue is proper in the Judicial District wherein the act or omission occurred giving rise to the claim. In the above-entitled action, plaintiff brings this personal injury suit based upon below standard medical care (negligence) provided to plaintiff STEVEN HARVEY, at the Veterans Affairs Medical Center in West Los Angeles ("VAMC"), California, by medical staff employees, including doctors, servants and agents of defendant United States of America. Therefore, venue is proper in the courts of the Central District of California.

///

///

2

**COMPLAINT FOR DAMAGES**

5. If defendant United States of America were a private person who negligently cared for plaintiff STEVEN HARVEY, liability would be imposed under California law.

6. Pursuant to U.S.C. § 2675(a), the claim of the plaintiff, as set for the herein, was timely presented to the United States Department of Veterans Affairs, Los Angeles, California (attached hereto as **Exhibit 1**, and incorporated by this reference herein) on or about December 15, 2012, and receipt of same was acknowledged by the Department of Veterans Affairs on or about June 21, 2013. The claim was denied through a denial letter, on or about December 2, 2013, and plaintiff STEVEN HARVEY timely appealed the denial (attached hereto as **Exhibit 2**, and incorporated by this reference herein) which was received by the Department of Veterans Affairs on or about January 28, 2014. The Department of Veterans Affairs denied the appeal of the claim by sending a denial letter on or about September 19, 2014 (attached hereto as **Exhibit 3**).

7. Plaintiff STEVEN HARVEY, an United States military veteran, has been and is entitled to the medical care and services provided by and through the United States Department of Veterans Affairs' medical facilities as a civilian military veteran.

///

///

3

**COMPLAINT FOR DAMAGES**

## GENERAL ALLEGATIONS

8.  At all times herein mentioned, the physicians, surgeons and other medical staff who provided medical care and surgical procedures to plaintiff STEVEN HARVEY at VAMC were employees, servants, and agents of the United States Department of Veterans Affairs, and as such, each was acting within the course and scope of such employment, service, and agency of defendant United States of America.

9.  Plaintiff STEVEN HARVEY has been receiving medical care from Veterans Affairs' facilities for over a decade prior to his injury caused by the VAMC on or about August 27, 2012.

## FIRST CAUSE OF ACTION FOR NEGLIGENCE

**(Against Defendant UNITED STATES OF AMERICA)**

10.  Plaintiff STEVEN HARVEY repeats and realleges each and all of the allegations contained in the preceding paragraphs, and incorporates those allegations herein.

11.  Defendant United States and its agents, employees and servants had a duty to provide plaintiff STEVEN HARVEY with reasonable care during his treatment at the VAMC.

///

///

4

**COMPLAINT FOR DAMAGES**

12.    That on or about August 27, 2012, plaintiff STEVEN HARVEY presented to the VAMC for a routine outpatient ureteral stint procedure which required anesthesia.

13.    Defendant United States and its agents, employees and servants had a duty to provide plaintiff STEVEN HARVEY with reasonable care during his treatment at the VAMC.

14.    At that time, defendant's medical doctors and medical staff negligently (a) failed to take an adequate history of plaintiff's current medications, (b) failed to properly check for any negative drug interactions with the anesthesia to be used, (c) failed to properly discuss specific risks and complications of the procedure including the administration of anesthesia, (d) failed to identify in plaintiff's medical records any possible drug allergies, (e) provided substandard care and treatment to plaintiff.

15.    Upon waking in the ICU, plaintiff was told by nursing staff that after being placed under general anesthesia, he "flatlined" and was lucky to be alive, resulting in additional mental suffering for plaintiff.

16.    As a result direct, actual and legal cause of the aforementioned failures by the defendant's medical doctors and staff, plaintiff has suffered great pain, discomfort, anguish, anxiety, fears and emotional distress, including spending two days in ICU and several weeks recovering from the episode, and damage to his

<pre>
</pre>

teeth when he was intubated; and he will continue to suffer, for the remainder of his life, pain and suffering, emotional distress, anguish, anxiety and fears, all to his general damages allowable under federal law and the laws of the State of California, in an amount currently limited by statute to $250,000.

17. As a further direct, actual and legal cause of the above mentioned negligent conduct of defendant, the ureteral stint procedure that was supposed to be performed on or about August 27, 2012 was not performed, and was rescheduled for a later date, resulting in additional time off work for plaintiff, which ultimately cost him his job; therefore, plaintiff has suffered past and future loss of earnings, profits and benefits. The gross sum of plaintiff's past and future loss of earnings is currently calculated to be $54,000. Plaintiff will seek leave of court, orally or otherwise, to amend this damages amount upon future proof and calculations.

18. At no time did this plaintiff negligently contribute to the cause of his injuries.

///

///

///

///

///

///

**COMPLAINT FOR DAMAGES**

## PRAYER

**WHEREFORE**, plaintiff STEVEN HARVEY demands judgment against defendant United States of America in the sum of $304,000.00 plus costs.

Dated:  February 23, 2015                                  Respectfully Submitted,

                                                                                    SCHLICHTER & SHONACK, LLP

                                                                                    _____/s/ - Jamie L. Keeton_____
                                                                                    By: KURT A. SCHLICHTER
                                                                                         STEVEN C. SHONACK
                                                                                         JAMIE L. KEETON
                                                                                    Attorneys for Plaintiff STEVEN HARVEY