JS-6

EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
JOSEPH B. FRUEH (Cal. Bar No. 264088)
Special Assistant United States Attorney
  Robert T. Matsui United States Courthouse
  501 I Street, Suite 10-100
  Sacramento, California 95814
  Telephone: (916) 554-2702
  Facsimile: (916) 554-2900
  E-mail: joseph.frueh@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN HARVEY,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant. | No. CV 15-1479-GW(AJWx)<br><br>**JUDGMENT**<br><br><br><br>Honorable George H. Wu<br>United States District Judge |

# **JUDGMENT**

The Motion for Summary Judgment filed by Defendant United States of America, having come on for hearing, and the Court having considered the pleadings, evidence presented, and arguments of the parties, and in accordance with the Court's Final Ruling entered herein on April 25, 2016 (ECF No. 53),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Motion be granted and judgment is hereby entered for Defendant.

Dated: April 29, 2016

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE

Presented by:

EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division

/s/ *Joseph B. Frueh*
JOSEPH B. FRUEH
Special Assistant United States Attorney

Attorneys for Defendant
UNITED STATES OF AMERICA

1